IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| L.E., | : |
|       Plaintiff, | : |
| v. | : Case No. 3:25-cv-3-TES-AGH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|       Defendant. | : |

## ORDER

On January 6, 2025, Plaintiff filed a complaint (ECF No. 1) and a motion to proceed *in forma pauperis* ("IFP") (ECF No. 3). Plaintiff, however, failed to provide sufficient information for the Court to determine whether he qualifies to proceed IFP. While it appears Plaintiff likely will qualify to proceed IFP, Plaintiff reports currently having zero income, no assets, and no expenses, and other than noting that he does not work, he provides no explanation whatsoever as to how he is able to subsist. Mot. to Proceed IFP 1-5, ECF No. 3. As drafted, the affidavit is not "'sufficient on its face to demonstrate economic eligibility' for *in forma pauperis* status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004) (internal quotation marks and citation omitted).

Therefore, Plaintiff is **ORDERED** to recast his motion for leave to proceed IFP within **FOURTEEN (14) DAYS**. Plaintiff must provide a more detailed

explanation of his funds, assets, expenses, and how he subsists without any income or expenses.

**SO ORDERED**, this 10th day of January, 2025.

                                          s/ *Amelia G. Helmick*
                                          UNITED STATES MAGISTRATE JUDGE