IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| LANDON EGGERT, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:25-cv-0003-TES-AGH |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

### ORDER

THIS CAUSE is before the Court upon the Defendant's consent motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the memorandum in support thereof, it is ORDERED and ADJUDGED that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner of Social Security.

On remand, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a supplemental hearing and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this   12th   day of   June  , 2025.

    s/Tilman E. Self, III
TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE