IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

LANDON EGGERT,

    Plaintiff,                                               Case No.  3:25-CV-00003-TES-AGH

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $13,500.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.  If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

IT IS SO ORDERED this __28th__ day of __July__, 2025

                                                                    s/Tilman E. Self, III
                                                                    HON. TILMAN E. SELF, III
                                                                    UNITED STATES DISTRICT JUDGE